IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01636-BNB

RONALD JENNINGS FOGLE,

    Applicant,

v.

WARDEN DICK SMELSER, and
JOHN SUTHERS, Attorney General of the State of Colorado,

    Respondents.

**FILED**
UNITED STATES DISTRICT COURT
COLORADO

SEP 1 2 2007

GREGORY C. LANGHAM
    CLERK

---

### ORDER AND JUDGMENT OF DISMISSAL

---

Applicant Ronald Jennings Fogle initiated this action by filing *pro se* a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action, an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254, and a motion for appointment of counsel.  In an order filed on August 2, 2007, the Court directed the clerk of the Court to commence a civil action and denied the motions seeking leave to proceed *in forma pauperis* and appointment of counsel.  The Court ordered Mr. Fogle to pay the $5.00 filing fee if he wished to pursue his claims in this action.  Mr. Fogle was warned that the action would be dismissed without further notice if he failed to pay the filing fee within thirty days.

Mr. Fogle has failed to pay the filing fee within the time allowed and he has failed to respond in any way to the Court's August 2 order.  Therefore, the application will be denied and the action will be dismissed without prejudice for failure to pay the filing fee. Accordingly, it is

ORDERED that the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 is denied and the action is dismissed without prejudice for failure to pay the filing fee.

DATED at Denver, Colorado, this 12 day of _____Sept._____, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01636-BNB

Ronald Jennings Fogle
Prisoner No. 106339
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700


I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 9|12|07

GREGORY C. LANGHAM, CLERK


By:_____
Deputy Clerk